UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AUCTUS FUND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VERUS INTERNATIONAL, INC. F/K/A<br>REALBIZ MEDIA GROUP, INC.<br>        Defendant. | CIVIL ACTION NO:<br><br>1:19-cv-10641-WGY |

DEFAULT JUDGMENT

Defendant, Verus International Group. Inc. f/k/a RealBiz Media Group, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff Auctus Fund, LLC and affidavits demonstrating that defendant owes plaintiff the sum of $65,025.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has waived its claim to costs and expenses,

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Verus International Group. Inc. f/k/a RealBiz Media Group, Inc. the principal amount of $65,025.00, and prejudgment interest at the rate of 12% from April 4, 2019 to July 13, 2022 in the amount of $33,349.00, for a total judgment of $98,374.00, with interest thereafter to accrue at the federal judgment rate.

Entered this 28th day of July 2022, at Boston.

                                                                       By the Court,

                                                                       <u> /s/ William G. Young</u>
                                                                       Honorable William G. Young
                                                                       United States District Judge